1

2

TERRY GODDARD
Attorney General

3

4

Lisa K. Hudson, 012597
Alisa A. Blandford, 022901
Assistant Attorney General

5

1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-7673

6

Telephone: (602) 542-7687
Fax:  (602) 542-7644

7

Lisa.Hudson@azag.gov
Alisa.Blandford@azag.gov

8

Attorneys for Defendants

9

10

**IN THE UNITED STATES DISTRICT COURT**

11

**FOR THE DISTRICT OF ARIZONA**

12

13

14

The NATIONAL FEDERATION OF
THE BLIND, The AMERICAN
COUNCIL OF THE BLIND, and
DARRELL SHANDROW,

Case No: CV09-01359 GMS

**NOTICE OF SETTLEMENT**

15

Plaintiffs,

16

vs.

(Assigned to Honorable G. Murray Snow)

17

The ARIZONA BOARD OF REGENTS
and ARIZONA STATE UNIVERSITY

18

Defendants.

19

20

The parties, through counsel, hereby advise the Court that they have reached a

21

settlement in this matter.  The parties are finalizing the settlement agreement and will be

22

filing a stipulation to dismiss this case within the next thirty (30) days.  Each party will

23

bear its own costs and attorneys fees.

24

Respectfully submitted this 8th day of January, 2010.

25

26

Terry Goddard
Attorney General

27

s/ Lisa K. Hudson_____

28

Lisa K. Hudson

1

2

Alisa A. Blandford
Assistant Attorney General
Attorney for Defendants

3

4

5

BROWN, GOLDSTEIN & LEVY, LLP

6

s/ Lisa K. Hudson for_____
Daniel F. Goldstein
Mehgan Sidhu
Attorney for Plaintiffs

7

8

9   I certify that I electronically
    transmitted the attached document
10  to the Clerk's Office using the
    CM/ECF System for filing and
11  transmittal of a Notice of Electronic
    Filing to the following, if CM/ECF
12  registrants, and mailed a copy of
    same to any non-registrants, this
13  this 8th day of January, 2010 to:

14  Andrew S. Friedman
    Guy A. Hansen
15  BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
    2901 North Central Avenue, Suite 1000
16  Phoenix, AZ  85012

17  Daniel F. Goldstein
    Mehgan Sidhu
18  BROWN, GOLDSTEIN & LEVY, LLP
    120 E. Baltimore St., Suite 1700
19  Baltimore, MD 21202

20  Amy Robertson
    FOX & ROBERTSON, P.C.
21  104 Broadway, Suite 400
    Denver, CO 80203

22
    Eve Hill
23  1667 K St. NW, Suite 640
    Washington, DC 20006

24
    Attorneys for Plaintiffs

25

26
     s/ Robin VanStaeyen_____
27  Secretary to Lisa K. Hudson

28

2

1

2    664112

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28