BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Andrew S. Friedman (AZ Bar. 005425)
Guy A. Hansen (AZ Bar. 013549)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
afriedman@bffb.com
ghanson@bffb.com
Telephone: 602-274-1100
Facsimile: 602-274-1199

BROWN, GOLDSTEIN & LEVY, LLP
Daniel F. Goldstein
Mehgan Sidhu
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone: 410-962-1030
Facsimile: 410-385-0869
dfg@browngold.com
ms@browngold.com

Counsel for Plaintiffs
[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| The NATIONAL FEDERATION OF THE BLIND, The AMERICAN COUNCIL OF THE BLIND, and DARRELL SHANDROW<br><br>Plaintiffs,<br><br>v.<br><br>ARIZONA BOARD OF REGENTS and ARIZONA STATE UNIVERSITY,<br><br>Defendants. | Case No. 2:09-cv-01359-GMS<br><br>**STIPULATION OF DISMISSAL**<br><br>(Assigned to Honorable G. Murray Snow) |

Having reached a settlement in this matter, the parties, through counsel, hereby stipulate to the dismissal of this case *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party will bear its own costs and attorneys fees.

Respectfully submitted this 20th day of January 2010.

          s/ Daniel F. Goldstein_____
          BROWN, GOLDSTEIN & LEVY, LLP
          Daniel F. Goldstein
          Mehgan Sidhu
          *Attorney for Plaintiffs*


          Terry Goddard
          Attorney General

          s/ Daniel F. Goldstein_____
          Lisa K. Hudson
          Alisa A. Blandford
          Assistant Attorney General
          *Attorney for Defendants*

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this this 20th day of January, 2010 to:

Lisa K. Hudson
Alisa A. Blandford
Assistant Attorney General
1275 W. Washington
Phoenix, Arizona 85007-2997
*Attorneys for Defendants*

Andrew S. Friedman
Guy A. Hansen
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012

Amy Robertson
FOX & ROBERTSON, P.C.
104 Broadway, Suite 400
Denver, CO 80203

Eve Hill
1667 K St. NW, Suite 640
Washington, DC 20006

*Attorneys for Plaintiffs*


s/ Mehgan Sidhu