# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The National Federation of the Blind, The American Council of The Blind, and Darrell Shandrow,<br><br>    Plaintiffs,<br><br>vs.<br><br>The Arizona Board of Regents and Arizona State University,<br><br>    Defendants. | No. CV-09-1359-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal (Dkt. # 74), and good cause appearing,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 21st day of January, 2010.

_____
G. Murray Snow
United States District Judge